IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BEANARD PATSEY MACK
PETITIONER

VS.                              CASE NO. 2:05CV00317 WRW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                         RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 9th day of March, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE